UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES  DISTRICT COURT

Northern District of California

ROY FLUGENCE,                                      No. C 12-437 MEJ

                    Plaintiff,              **ORDER RE STATUS**

        v.

CITY AND COUNTY OF SAN FRANCISCO,
et al.,

                    Defendants.
_____/

        This matter is currently scheduled for a case management conference on May 10, 2012.
However, there is no indication that any of the defendants have been served in compliance with
Federal Rule of Civil Procedure 4(m).  Accordingly, the May 10 conference is VACATED.  Plaintiff
shall file proofs of service in compliance with Rule 4 by May 31, 2012.  The Court shall conduct a
case management conference on July 12, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden
Gate Avenue, San Francisco, California.  All deadlines are adjusted accordingly.

        Plaintiff should be mindful that failure to comply with service requirements may result in
dismissal of this case without prejudice.

        **IT IS SO ORDERED.**

Dated: May 7, 2012

                                        _____
                                        Maria-Elena James
                                        Chief United States Magistrate Judge