# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| ROY FLUGENE,<br><br>                Plaintiff,<br>   v.<br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>                Defendants.<br>_____/ | No. C 12-437 MEJ<br><br>**ORDER RE STATUS** |

This matter is currently scheduled for a case management conference on May 10, 2012. However, there is no indication that any of the defendants have been served in compliance with Federal Rule of Civil Procedure 4(m). Accordingly, the May 10 conference is VACATED. Plaintiff shall file proofs of service in compliance with Rule 4 by May 31, 2012. The Court shall conduct a case management conference on July 12, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All deadlines are adjusted accordingly.

Plaintiff should be mindful that failure to comply with service requirements may result in dismissal of this case without prejudice.

**IT IS SO ORDERED.**

Dated: May 7, 2012

                                                                                  Maria-Elena James<br>
                                                                                  Chief United States Magistrate Judge