UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| ROY FLUGENCE, | No. C 12-437 MEJ |
| Plaintiff, | **ORDER RE: STATUS** |
| v. | |
| CITY & COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

This matter is currently scheduled for a Case Management Conference on July 12, 2012. However, as there is no indication that the defendants have been served and no joint statement has been filed, the Court VACATES the July 12 conference and ORDERS Plaintiff to file a status report by July 19, 2012.

**IT IS SO ORDERED.**

Dated: July 6, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge