UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ROY FLUGENCE,<br><br>             Plaintiff,<br>  v.<br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>             Defendants.<br>_____/ | No. C 12-437 MEJ<br><br>**ORDER RE: STATUS** |

This matter is currently scheduled for a Case Management Conference on July 12, 2012. However, as there is no indication that the defendants have been served and no joint statement has been filed, the Court VACATES the July 12 conference and ORDERS Plaintiff to file a status report by July 19, 2012.

**IT IS SO ORDERED.**

Dated: July 6, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge