UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ROY FLUGENCE, | No. C 12-437 MEJ |
| Plaintiff, | **ORDER RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT. NO. 15)** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

On May 15, 2013, Defendant City and County of San Francisco filed a Motion for Summary Judgment. Dkt. No. 15. As Defendant failed to comply with Civil Local Rule 7, the Motion is DENIED WITHOUT PREJUDICE. Defendant shall re-notice its Motion in compliance with Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: May 17, 2013

_____
Maria-Elena James
United States Magistrate Judge