UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ROY FLUGENCE,<br><br>          Plaintiff,<br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>          Defendants.<br>_____/ | No. C 12-437 MEJ<br><br>**ORDER RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DKT. NO. 15)** |

On May 15, 2013, Defendant City and County of San Francisco filed a Motion for Summary Judgment. Dkt. No. 15. As Defendant failed to comply with Civil Local Rule 7, the Motion is DENIED WITHOUT PREJUDICE. Defendant shall re-notice its Motion in compliance with Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: May 17, 2013

_____
Maria-Elena James
United States Magistrate Judge