UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ROY FLUGENCE,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | No. C 12-437 MEJ<br><br>**ORDER VACATING MAY 17, 2013 ORDER RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

On May 15, 2013, Defendant City and County of San Francisco filed a Motion for Summary Judgment. Dkt. No. 15. On May 17, the Court denied the Motion without prejudice for failure to comply with Civil Local Rule 7. Dkt. No. 16. As Defendant has now filed an Errata and Corrected Notice, the May 17 Order is VACATED.

**IT IS SO ORDERED.**

Dated: May 20, 2013

_____
Maria-Elena James
United States Magistrate Judge