UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ROY FLUGENCE,<br><br>     Plaintiff(s),<br> v.<br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>     Defendant(s).<br>_____/ | No. C 12-00437 MEJ<br><br>**ORDER FOR PARTIES TO FILE JOINT STATEMENT OF UNDISPUTED FACTS** |

  Pending before the Court is Defendant's Motion for Summary Judgment. Pursuant to Civil Local Rule 56-2 and the Court's Case Management Order in this matter, the parties must submit a joint statement of undisputed facts when filing a motion for summary judgment. Accordingly, the parties shall file a <u>joint</u> statement of undisputed facts on or before June 20, 2013. The parties are ORDERED to meet and confer in good faith for the purpose of preparing the joint statement. Failure to meet and confer in good faith may result in the imposition of sanctions.

  **IT IS SO ORDERED.**

Dated: May 31, 2013

                        _____
                        Maria-Elena James
                        United States Magistrate Judge