1  Russell A. Robinson (163937)
   Law Office of Russell A. Robinson
2  345 Grove Street, Level One
   San Francisco CA 94102
3  Telephone:   (415) 255-0462
   Facsimile:   (415) 431-4526
4
   Counsel for Plaintiff
5  ROY FLUGENCE

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
   ROY FLUGENCE,                          ) No.   C-12-0437-MEJ
11                                        )
              Plaintiff,                  ) **STIPULATION AND [PROPOSED] ORDER**
12                                        ) **CONTINUING SUMMARY JUDGMENT**
   v.                                     ) **HEARING DATE AND RESPONSIVE**
13                                        ) **PLEADING DEADLINES**
   CITY & COUNTY OF SAN FRANCISCO, SAN    )
14 FRANCISCO MUNICIPAL TRANSIT            ) **[DEMAND FOR JURY TRIAL]**
   AGENCY, NATHANIEL FORD, GEORGE         )
15 LOUIE, and DOES 1-40,                  )
                                          )
16            Defendants.                 )
                                          )
17

18     The parties, Plaintiff Roy Flugence ("Plaintiff"), and Defendant City and County of San

19 Francisco, ("Defendant"), by and through their attorneys of record, hereby stipulate and

20 respectfully request the Court continue the hearing date on Defendant's summary judgment

21 motion, as well as the dates when Plaintiff's opposition and Defendant's reply to said motion are

22 due.

23     The parties hereby jointly request hearing on this motion be continued from July 11,

24 2013 to July 18, 2013 (same time and location, etc.), that Plaintiff's opposition papers be filed

25 no later than June 27, 2013, and that Defendant's reply papers be filed no later than July 5,

26 2013.

27

28 / / /

1  Dated: June 19, 2013                    Respectfully submitted,
                                           DENNIS J. HERRERA
2                                          City Attorney
                                           ELIZABETH SALVESON
3                                          Chief Labor Attorney
                                           ANDREW GSCHWIND
4                                          Deputy City Attorney

5
                                    By:_____/s./_____
6                                          ANDREW GSCHWIND[1]
                                           Attorneys for Defendant

9  Date:   June 19, 2013                   *Russell A. Robinson /s/*
                                    By:    Russell A. Robinson
10                                         Law Office of Russell A. Robinson
                                           Counsel for Plaintiff
11                                         ROY FLUGENCE

                            **[PROPOSED] ORDER**

   Pursuant to the Parties' stipulation, the Court hereby continues the hearing date on

Defendant's summary judgment motion from July 11, 2013, to July 18, 2013 [or

July 25, 2013]. Plaintiff's brief in opposition to this motion shall be filed no later than June

27, 2013 [or _____], and Defendant's reply shall be filed no later than July 5, 2013 [or

_____].

**IT IS SO ORDERED.**

Date:  June 20, 2013                    _____
                                        The Honorable Maria-Elena James
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to General Order 45, section X.B., Plaintiff's counsel hereby attests that he has obtained the concurrence, consent and authorization of defense counsel to file this document on behalf of Defendant.