Russell A. Robinson (163937)
Law Office of Russell A. Robinson
345 Grove Street, Level One
San Francisco CA 94102
Telephone:    (415) 255-0462
Facsimile:    (415) 431-4526

Counsel for Plaintiff
ROY FLUGENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROY FLUGENCE,

    Plaintiff,

v.

CITY & COUNTY OF SAN FRANCISCO, SAN FRANCISCO MUNICIPAL TRANSIT AGENCY, NATHANIEL FORD, GEORGE LOUIE, and DOES 1-40,

    Defendants.

No.    C-12-0437-MEJ

[~~PROPOSED~~] ORDER

Pursuant to the request of Plaintiff's counsel submitted June 21, 2013, the Court hereby orders that Defendant's reply brief to the motion for summary judgment shall be filed no later than July 8, 2013. The parties shall file a joint statement of undisputed facts by July 3, 2013.

**IT IS SO ORDERED.**

Date: June 21, 2013

_____
The Honorable Maria-Elena James
UNITED STATES MAGISTRATE JUDGE

*Flugence v. San Francisco, et al.*
PLAINTIFF'S REQUEST TO MODIFY THE COURT'S
JUNE 20, 2013, ORDER AS IT RELATES TO THE
REPLY BRIEF ONLY

P031REQ