1  Russell A. Robinson (163937)
   Law Office of Russell A. Robinson
2  345 Grove Street, Level One
   San Francisco CA 94102
3  Telephone:    (415) 255-0462
   Facsimile:    (415) 431-4526
4
   Counsel for Plaintiff
5  ROY FLUGENCE

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ROY FLUGENCE,                    ) No.   C-12-0437-MEJ
                                    )
12         Plaintiff,                ) [PROPOSED] ORDER
                                    )
13 v.                               )
                                    )
14 CITY & COUNTY OF SAN FRANCISCO, SAN )
   FRANCISCO MUNICIPAL TRANSIT        )
15 AGENCY, NATHANIEL FORD, GEORGE     )
   LOUIE, and DOES 1-40,              )
16                                    )
           Defendants.                )
17 _____   )

18      Pursuant to the request of Plaintiff's counsel submitted June 21, 2013, the Court hereby

19 orders that Defendant's reply brief to the motion for summary judgment shall be filed no later

20 than July 8, 2013.        The parties shall file a joint statement
                              of undisputed facts by July 3, 2013.
21     **IT IS SO ORDERED.**

22

23 Date: June 21, 2013           _____
                                  The Honorable Maria-Elena James
24                                UNITED STATES MAGISTRATE JUDGE

25

26

27

28

*Flugence v. San Francisco, et al.*                                                        P031REQ
PLAINTIFF'S REQUEST TO MODIFY THE COURT'S
JUNE 20, 2013, ORDER AS IT RELATES TO THE
REPLY BRIEF ONLY