UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ROY FLUGENCE, | No. C 12-437 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

On May 15, 2013, Defendants filed a Motion for Summary Judgment. Dkt. No. 15. Plaintiff Roy Flugence filed no opposition. At the July 25 hearing, Plaintiff's counsel indicated that he was in trial and stated that he would file the opposition that same day and would email it to Defendants' counsel. The Court granted Plaintiff an extension of time and continued the hearing to September 26, 2013. To date, no opposition has been filed. Accordingly, the Court hereby ORDERS Plaintiff Roy Flugence to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by September 5, 2013. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on September 19, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: August 28, 2013

_____
Maria-Elena James
United States Magistrate Judge