**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| ROY FLUGENCE, | No. C 12-00437 MEJ |
| Plaintiff, | **ORDER SETTING HEARING ON OSC AND STATUS CONFERENCE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

The Court sets this matter for a hearing on Plaintiff's counsel's response to the Court's Order to Show Cause and for a status conference regarding the pending Motion for Summary Judgment for 10:00 a.m. on September 26, 2013, in Courtroom B.

**IT IS SO ORDERED.**

Dated: September 19, 2013

_____
Maria-Elena James
United States Magistrate Judge