UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ROY FLUGENCE,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　　Defendants.<br>_____/ | No. C 12-00437 MEJ<br><br>**ORDER VACATING SEPTEMBER 26 HEARING; SETTING BRIEFING SCHEDULE AND HEARING DATE ON MOTION FOR SUMMARY JUDGMENT** |

On September 26, 2013, Plaintiff filed his Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 32). Accordingly, the Court **HEREBY ORDERS AS FOLLOWS**.

The September 26, 2013 OSC hearing and status conference is **VACATED**.

Defendants' reply brief shall be filed no later than October 10, 2013.

The Court **SETS** the Motion for Summary Judgment (Dkt. No. 15) for hearing on December 5, 2013, at 10:00 a.m. in Courtroom B.

The Court will address Plaintiff's counsel's response to the OSC at the December 5, 2013 hearing.

**IT IS SO ORDERED.**

Dated: September 19, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge